# NO. 12-21-00049-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *GREGORY STRBAN,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

This original proceeding is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay-- at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On April 5, 2021, the Clerk of this Court notified Relator, Gregory Strban, that the filing fee in this proceeding is due.[1] Relator was informed that failure to remit the filing fee on or before April 9, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The April 9 deadline expired, and Relator has not responded to this Court's notice, paid the filing fee, or otherwise shown that he is excused from paying the fee.

---

[1] Respondent is the Honorable Clyde Herrington, Judge of the County Court at Law No. 2 of Angelina County, Texas. The Real Parties in Interest are Jason S. Armstrong, John Weismuller, Jr., Jeffrey P. Bates, and Shawna Benge.

Because, after notice and an opportunity to cure, Relator has not complied with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time, this original proceeding is ***dismissed***. *See* TEX. R. APP. P. 42.3(c); *see also **In re Emerson***, No. 12-20-00070-CV, 2020 WL 1933596 (Tex. App.—Tyler Apr. 22, 2020, orig. proceeding) (mem. op.) (per curiam) (dismissing original proceeding for failure to pay filing fee); ***In re Johnson***, No. 12-15-00295-CV, 2015 WL 9594733 (Tex. App—Tyler Dec. 30, 2015, orig. proceeding) (mem. op.) (per curiam) (same). We ***lift*** the stay previously imposed in this case.

Opinion delivered April 21, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

## JUDGMENT

**APRIL 21, 2021**

**NO. 12-21-00049-CV**

**GREGORY STRBAN,**
Relator
V.

**HON. CLYDE HERRINGTON,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Gregory Strban; who is the relator in appellate cause number 12-21-00049-CV and a party to trial court cause number 017-17-G, pending on the docket of the County Court at Law No. 2 of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on April 1, 2021, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed**. The stay imposed on April 5, 2021 is ***lifted***.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*